STUART DELERY
Acting Assistant Attorney General
MICHAEL D. GRANSTON
RENÉE BROOKER
JAY D. MAJORS
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 307-0264
jay.majors@usdoj.gov

LAURA E. DUFFY
United States Attorney
JOSEPH P. PRICE, JR.
Assistant U.S. Attorney
California Bar No. 131689
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
(619) 546-7642
joseph.price@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED 2012 DEC 26 PM 2:07

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* RYAN FERGUSON and MARK T. PACHECO,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPOINT EDUCATION, INC.; ASHFORD UNIVERSITY, LLC; UNIVERSITY OF THE ROCKIES; and DOES 1-20,<br><br>Defendants. | Case No. 11CV0493-BTM (DHB)<br><br>UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION<br><br>**FILED UNDER SEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to Title 31 U.S.C. § 3730(b)(1), which allows the relators to maintain the action in the name of the United States;

providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel. Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the relators' Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers were provided to the Court alone in relation to the intervention determination deadline.

A proposed Order accompanies this notice.

DATED: December 21, 2012

Respectfully submitted,

STUART DELERY
Principal Deputy Assistant Attorney General

LAURA E. DUFFY
United States Attorney

JOSEPH P. PRICE, JR.
Assistant United States Attorney

MICHAEL D. GRANSTON
RENÉE BROOKER
JAY D. MAJORS
Civil Division
United States Department of Justice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* FERGUSON and MARK T. PACHECO,<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGEPOINT EDUCATION, INC.; ASHFORD UNIVERSITY, LLC; UNIVERSITY OF THE ROCKIES; and DOES 1-20,<br><br>Defendant. | Case No. 11cv0493-BTM (POR)<br><br>CERTIFICATE OF SERVICE<br><br>FILED UNDER SEAL |

STATE OF CALIFORNIA ) 
) ss.
COUNTY OF SAN DIEGO )

I, Ana I. Fread, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action; and

On December 21, 2012, I deposited in the United States mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of:

United States' Notice of Election to Decline Intervention, and [PROPOSED] ORDER;

addressed to:
Francis A. Bottini, Jr. & Albert Y. Chang, Esq.
Bottini & Bottini, Inc.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037

the last known addresses at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of December, 2012

ANA I. FREAD