1

2                                                    2012 DEC 26   PM 2: 07

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA, *ex rel.*       ) Case No. 11CV0493-BTM (DHB)
11  RYAN FERGUSON and MARK T. PACHECO,      )
                                            )
12              Plaintiffs,                  ) [PROPOSED] ORDER
            v.                               )
13                                           ) **FILED UNDER SEAL**
    BRIDGEPOINT EDUCATION, INC.; ASHFORD    )
14  UNIVERSITY, LLC; UNIVERSITY OF THE      )
    ROCKIES; and DOES 1-20,                  )
15                                           )
                Defendants.                  )
16  _____)

17

18       The United States having declined to intervene in this action pursuant to the False Claims Act,

19  31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

20       IT IS ORDERED that:

21       1.   The Complaint be unsealed and served upon the defendants by the relators;

22       2.   All other contents of the Court's file in this action remain under seal and shall not be

23  made public or served upon the defendants, except for this Order and the United States' Notice of

24  Election to Decline Intervention, which the relators will serve upon the defendants only after service of

25  the Complaint;

26       3.   The seal be lifted as to all other matters occurring in this action after this Order;

27  //

28  //

4.      The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5.      The parties shall serve all notices of appeal upon the United States;

6.      All orders of this Court shall be sent to the United States; and that

7.      Should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

**IT IS SO ORDERED**.

Dated:   12 - 26 - 2012

HON. BARRY T. MOSKOWITZ
United States District Judge

cc:     Counsel for the United States
        Counsel for the relators