1  BOTTINI & BOTTINI, INC.
   Francis A. Bottini, Jr. (SBN 175783)
2  Yury A. Kolesnikov (SBN 271173)
   7817 Ivanhoe Avenue, Suite 102
3  La Jolla, California  92037
   Telephone:  (858) 914-2001
4  Facsimile:   (858) 914-2002
   E-mail:       fbottini@bottinilaw.com
5                ykolesnikov@bottinilaw.com

6  *Attorneys for Plaintiffs-Relators*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RYAN FERGUSON and MARK T. PACHECO, as relators under the False Claims Act,<br><br>Plaintiffs-Relators,<br><br>vs.<br><br>BRIDGEPOINT EDUCATION, INC.; ASHFORD UNIVERSITY; UNIVERSITY OF THE ROCKIES; and DOES 1 through 20,<br><br>Defendants. | Case No. 11cv0493 BTM (DHB)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

**PLEASE TAKE NOTICE** that Plaintiffs-Relators Ryan Ferguson and Mark T. Pacheco voluntarily dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(1).

Because the United States declined to intervene in this action (Dkt. No. 14), the consent of the United States is not necessary to the dismissal of this action. *See United States ex. rel. Killingworth v. Northrop Corp.*, 25 F.3d 715, 722-23 (9th Cir. 1994).

///

- 1 -     No. 11cv0493 BTM (DHB)
**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

1  Dated:  April 30, 2013   BOTTINI & BOTTINI, INC.
                            Francis A. Bottini, Jr.
2                           Yury A. Kolesnikov

3                           By: /s/ Francis A. Bottini, Jr.
                                Francis A. Bottini, Jr.
4

5                           7817 Ivanhoe Avenue, Suite 102
                            La Jolla, California  92037
                            Telephone:   (858) 914-2001
6                           Facsimile:   (858) 914-2002
                            E-mail:      fbottini@bottinilaw.com
7
                            *Attorney for Plaintiffs-Relators*
8

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of the registered users, and I caused to be mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated below:

Joseph P. Price, Jr.
Assistant U.S. Attorney
OFFICE OF THE UNITED STATES ATTORNEY
880 Front Street, Room 6293
San Diego, California 92101
E-mail: joseph.price@usdoj.gov

Jay D. Majors
Attorney, Civil Division
UNITED STATES DEPARTMENT OF JUSTICE
PO Box 261
Ben Franklin Station
Washington, D.C. 20044
E-mail: jay.majors@usdoj.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 30, 2013.

/s/ *Francis A. Bottini, Jr.*
Francis A. Bottini, Jr.