LAURA E. DUFFY
United States Attorney
JOSEPH P. PRICE, JR.
Assistant U.S. Attorney
California Bar No. 131689
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7642
E-mail: joseph.price@usdoj.gov

STUART DELERY
Principal Deputy Assistant Attorney General
MICHAEL D. GRANSTON
RENÉE BROOKER
JAY D. MAJORS
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0264
E-mail: jay.majors@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. RYAN FERGUSON and MARK T. PACHECO, <br><br>Plaintiffs, <br><br>vs. <br><br>BRIDGEPOINT EDUCATION, INC.; ASHFORD UNIVERSITY, LLC; UNIVERSITY OF THE ROCKIES; and DOES 1-20, <br><br>Defendants. | Case No. 11cv0493-BTM (POR) <br><br>UNITED STATES' NOTICE OF CONSENT TO DISMISSAL WITHOUT PREJUDICE TO UNITED STATES |

On December 26, 2012, the United States notified the Court, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), of its decision not to intervene in this action. The Court's Order thereon, filed December 26, 2012, provides that, should

the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the United States shall be provided with notice and an opportunity to be heard before ruling or granting its approval. On April 30, 2013, the relators filed a notice of voluntary dismissal of the action without prejudice under Federal Rule of Civil Procedure 41(a)(1).

The United States hereby notifies the Court, pursuant to 31 U.S.C. § 3730(b)(1), U.S. *ex rel.* Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994), and the aforementioned order dated December 26, 2012, that it consents and has no objection to the Court's dismissal of the action so long as the dismissal is without prejudice to the United States.

DATED: May 16, 2013

Respectfully submitted,

STUART DELERY
Principal Deputy Assistant
Attorney General

LAURA E. DUFFY
United States Attorney

/s/ Joseph P. Price, Jr.
JOSEPH P. PRICE, JR.
Assistant United States Attorney

MICHAEL D. GRANSTON
RENEE BROOKER
JAY D. MAJORS
Civil Division
United States Department of Justice