UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RYAN FERGUSON and MARK T. PACHECO,<br><br>    Plaintiffs-Relators,<br><br> v.<br><br>BRIDGEPOINT EDUCATION, INC.; ASHFORD UNIVERSITY; UNIVERSITY OF THE ROCKIES; and DOES 1 through 20,<br><br>    Defendants. | CASE NO. 11-CV-0493-BTM-DHB<br><br>**ORDER DISMISSING THE CASE WITHOUT PREJUDICE** |

Presently before the Court is the parties' "Joint Motion and Stipulation for a Court Order Dismissing the Case Without Prejudice," ECF No. 28, and the "United States' Notice of Consent to Dismissal Without Prejudice to United States," ECF No. 26. Good cause appearing, the Court hereby DISMISSES the case without prejudice.

IT IS SO ORDERED.

Dated: June 12, 2013

              */s/ Barry Ted Moskowitz*
             Honorable Barry Ted Moskowitz
             United States District Judge